## APPEALS NOT ACCEPTED FOR REVIEW

**2007–2354.   State v. Shankle.**
Stark App. No. 2007CA00094, 2007-Ohio-6119.
MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**2008–0002.   Kovacic v. Kovacic.**
Cuyahoga App. No. 89130, 2007-Ohio-5956.

**2008–0014.   Wells Fargo Bank, N.A. v. Shingara.**
Geauga App. No. 2007–G–2764, 2007-Ohio-6154.

**2008–0035.   State v. Frye.**
Ashtabula App. No. 2007–A–0023, 2007-Ohio-6941.
LUNDBERG STRATTON, J., dissents.

**2008–0043.   State v. Thompson.**
Hamilton App. No. C–070780.

**2008–0044.   State v. Thompson.**
Allen App. No. 1–07–06, 2007-Ohio-6229.

**2008–0046.   State v. Scott.**
Mahoning App. No. 05–MA–215, 2007-Ohio-6258.

**2008–0048.   State v. Moviel.**
Cuyahoga App. No. 88984, 2007-Ohio-5947.
MOYER, C.J., dissents and would accept the appeal and hold the cause for the decision in 2007–0983, *State v. Clark*, Ashtabula App. No. 2006–A–0004, 2007-Ohio-1780.

**2008–0050.   State v. Evans.**
Montgomery App. No. 21884, 2007-Ohio-6351.

**2008–0064.   State v. Bertuzzi.**
Marion App. No. 9–07–13, 2007-Ohio-6236.
CUPP, J., not participating.

**2008–0068.   Bank of New York v. Nicholson.**
Cuyahoga App. No. 89207, 2007-Ohio-6075.

**2008–0082.   Martin v. Lake Mohawk Property Owners Assn., Inc.**
Carroll App. No. 06–CA–841, 2007-Ohio-6432.

**2008–0090.   Zanesville LLC v. Motorists Mut. Ins. Co.**
Muskingum App. No. CT2006–0043, 2007-Ohio-6448.
O'CONNOR and O'DONNELL, JJ., dissent.

**2008–0091.   State v. Wheeler.**
Lucas App. No. L–06–1125, 2007-Ohio-6375.

**2008–0098.   State v. Starnes.**
Coshocton App. No. 07CA16.

**2008–0108.   Murphy v. Penske Logistics.**
Geauga App. No. 2007–G–2771, 2007-Ohio-6407.

**2008–0115.   State v. Johnson.**
Hamilton App. No. C–070051, 174 Ohio App.3d 130, 2007-Ohio-6512.

**2008–0119.   Birch v. Cuyahoga Cty. Probate Court.**
Cuyahoga App. No. 88854, 173 Ohio App.3d 696, 2007-Ohio-6189.
O'DONNELL, J., dissents.
CUPP, J., dissents and would accept the appeal on Proposition of Law No. III.
O'CONNOR, J., not participating.